[No. 16632–8–I. Division One. June 8, 1987.]

CHARLES GERARD, *Appellant,* v. HOLADAY–PARKS FABRICATORS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–07717–6, Lloyd W. Bever, J., entered May 16, 1985. *Reversed* by unpublished opinion per Wilson, J. Pro Tem., concurred in by Andersen and Ennis, JJ. Pro Tem.

[No. 18172–6–I. Division One. June 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-homish County, No. 85–1–01033–1, Dennis J. Britt, J., entered March 27, 1986. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., Swanson, J., concurring in part and dissenting in part.

[No. 16727–8–I. Division One. June 8, 1987.]

LEONARD F. REICHLIN, ET AL, *Respondents,* v. JAFCO INDUSTRIES, INC., *Respondent,* CONTINENTAL TRAFFIC CONTROL, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Sno-homish County, No. 84–2–02606–3, John E. Rutter, Jr., J., entered May 29, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Pekelis, JJ.